# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Abdirashid Mohamed Ahmed, | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| v. | Case Number: 25-cv-2532 LMP/ECW |
| Pamela Bondi, Todd Blanche, Kristi Noem, Peter Berg, Warden, | |
| Respondents. | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

   Ahmed's Petition for a Writ of Habeas Corpus (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** as moot.

Date: 11/26/2025                                                KATE M. FOGARTY, CLERK